# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## KANSAS CITY DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| INTERSTATE BAKERIES CORPORATION, et al., | Case No. 04-45814-can |
| | Jointly Administered |
| Debtors. | |
| US BANK NATIONAL ASSOCIATION, in its capacity as Trustee of the IBC CREDITOR'S TRUST, | |
| | Original Adversary Proceeding No. 06-04191 |
| Plaintiffs, | |
| v. | Bifurcated Adversary Proceeding No. 09-04205 |
| Petro Commercial Services Inc. RND Enterprises, LLC f/k/a RND Mechanical Contractors, Inc. Premium Food Sales Inc. Prime Industrial Recruiters, Inc. Public Service Electric and Gas Company d/b/a PSE&G | |
| Defendants. | |

## JOINT STIPULATION FOR TRIAL

US Bank National Association, in its capacity as Trustee of the IBC Creditors' Trust (the "Trustee") and Premium Food Sales Inc. ("Premium") hereby submit the following Joint Stipulation for the trial scheduled on April 10, 2013 commencing at 9:00 AM:

1. Attached hereto as Exhibit A is a list of all payments made from the debtor to Premium prior to June 24, 2004 (i.e. the start of the preference period) and certain corresponding information regarding those payments.

2383039.3

2. Attached hereto as <u>Exhibit B</u> is a list of all payments made from the debtor to Premium during the time period of June 24, 2004 to September 22, 2004 (i.e. the preference period) and certain corresponding information regarding those payments as stated in Paragraph 1 of the Court previous Summary Judgment Order (Docket # 97).

3. The Trustee stipulates to the admissibility of the following of Premium's Trial Exhibits which were provided in accordance with that certain Amended Agreed Scheduling Order on April 5, 2013:

Exhibit A

Exhibit C

Exhibit E-K

4. Premium stipulates to the admissibility of the following of the Trustee's Trial Exhibits which were provided in accordance with that certain Amended Agreed Scheduling Order on April 5, 2013:

Exhibit 1 – stipulated as to admissibility only. Premium preserves objections as to whether Mr. Brown is providing an opinion, and if so, the extent of these opinions.

Exhibits 2-13

Dated: April 9, 2013                              Respectfully Submitted,

/s/ Brendan McPherson
Paul D. Sinclair (Missouri Bar No. 26732)
Dennis D. Palmer (Missouri Bar No. 21499)
Andrew J. Nazar (Missouri Bar No. 57928)
Brendan McPherson (Missouri Bar No. 60428)
POLSINELLI SHUGHART, P.C.
120 W. 12th Street, Suite 1700
Kansas City, MO  64105

2

2383039.3

Telephone (816) 421-3355
Facsimile (816) 374-0509
e-mail:  psinclair@polsinelli.com
Attorneys for the Plaintiff


And

*/s/ James F. Freeman III*
James F. Freeman III  #36371
Swanson Midgley, LLC
4600 Madison, Ste. 1100
Kansas City, Missouri 64112
(816) 842-6100  tel.
(816) 842.0013  fax
jfreeman@swansonmidgley.com

/s/Jeannie M Bobrink
Jeannie M Bobrink #36685
PO Box 34773
North Kansas City MO 64116
(816) 842-7755
e-mail:  jbobrinklaw@hotmail.com

**Attorneys for Defendant Premium Food Sales, Inc.**

<u>Exhibit A</u>

Pre-Preference Data

| Invoice No. | Invoice Date | Due Date | Amount | Check Date | Check No. | Deposit Date | Payment Gap - Deposit Date |
|---|---|---|---|---|---|---|---|
| 4106 | 9/8/2003 | 9/23/2003 | $48.256.00 |  | 7168045 | 9/25/2003 | 17 |
| 4094 | 9/3/2003 | 9/18/2003 | $15,232.00 | 10/6/2003 | 7191343 | 10/6/2003 | 33 |
| 4096 | 9/11/2003 | 9/26/2003 | $15,360.00 | 9/26/2003 | 7174070 | 10/6/2003 | 25 |
| 4109 | 9/12/2003 | 9/27/2003 | $14,976.00 | 9/24/2003 | 7169000 | 10/6/2003 | 24 |
| 4116 | 9/23/2003 | 10/8/2003 | $47,840.00 | 10/8/2003 | 7195321 | 10/10/2003 | 17 |
| 4097 | 9/2/2003 | 9/17/2003 | $22,464.00 |  | 7187661 | 10/15/2003 | 43 |
| 4098 | 9/3/2003 | 9/18/2003 | $22,272.00 |  | 7189452 | 10/15/2003 | 42 |
| 4107 | 9/11/2003 | 9/26/2003 | $15,232.00 |  | 7204356 | 10/15/2003 | 34 |
| 4113 | 9/22/2003 | 10/7/2003 | $23,040.00 | 10/7/2003 | 7192210 | 10/16/2003 | 24 |
| 4124 | 10/1/2003 | 10/16/2003 | $7,616.00 | 10/16/2003 | 7210896 | 10/23/2003 | 22 |
| 4121 | 9/26/2003 | 10/11/2003 | $7,424.00 |  |  | 10/30/2003 | 34 |
| 4121 | 9/26/2003 | 10/11/2003 | $22,272.00 | 10/28/2003 | 7234761 | 10/30/2003 | 34 |
| 4130 | 10/13/2003 | 10/28/2003 | $47,840.00 | 10/28/2003 | 7234794 | 10/30/2003 | 17 |
| 4125 | 9/29/2003 | 10/14/2003 | $22,272.00 | 10/31/2003 | 7241888 | 11/3/2003 | 35 |
| 4123 | 9/30/2003 | 10/15/2003 | $15,232.00 | 10/31/2003 | 7241903 | 11/3/2003 | 34 |
| 4134 | 10/17/2003 | 11/1/2003 | $48,256.00 | 10/31/2003 | 7241979 | 11/3/2003 | 17 |
| 4114 | 9/23/2003 | 10/8/2003 | $18,720.00 | 10/24/2003 | 7227545 | 11/4/2003 | 42 |
| 4127 | 10/9/2003 | 10/24/2003 | $15,360.00 | 10/24/2003 | 7225902 | 11/4/2003 | 26 |
| 4112 | 9/22/2003 | 10/7/2003 | $18,880.00 | 11/4/2003 | 7247653 | 11/6/2003 | 45 |
| 4115 | 9/22/2003 | 10/7/2003 | $11,232.00 | 11/3/2003 | 7245322 | 11/6/2003 | 45 |
| 4131 | 10/13/2003 | 10/28/2003 | $23,040.00 | 10/30/2003 | 7236597 | 11/6/2003 | 24 |
| 4136 | 10/20/2003 | 11/4/2003 | $7,616.00 | 11/4/2003 | 7247690 | 11/6/2003 | 17 |
| 4137 | 10/20/2003 | 11/4/2003 | $19,040.00 |  | 7245496 | 11/13/2003 | 24 |
| 4129 | 10/10/2003 | 10/25/2003 | $14,912.00 | 11/11/2003 | 7258738 | 11/21/2003 | 42 |
| 4138 | 10/20/2003 | 11/4/2003 | $15,232.00 | 11/21/2003 | 7279467 | 11/26/2003 | 37 |
| 4142 | 10/28/2003 | 11/12/2003 | $22,272.00 | 11/25/2003 | 7288152 | 11/26/2003 | 29 |
| 4145 | 11/4/2003 | 11/19/2003 | $23,040.00 | 11/19/2003 | 7273052 | 11/26/2003 | 22 |
| 4149 | 11/4/2003 | 11/19/2003 | $14,976.00 | 11/18/2003 | 7271510 | 11/26/2003 | 22 |
| 4153 | 11/13/2003 | 11/28/2003 | $18,880.00 | 11/25/2003 | 7288123 | 11/26/2003 | 13 |
| 4152 | 11/5/2003 | 11/20/2003 | $47,840.00 | 11/26/2003 | 7291064 | 12/1/2003 | 26 |
| 4144 | 10/31/2003 | 11/15/2003 | $29,696.00 | 12/2/2003 | 7296821 | 12/4/2003 | 34 |
| 4135 | 10/22/2003 | 11/6/2003 | $11,232.00 | 12/3/2003 | 7298459 | 12/5/2003 | 44 |
| 4143 | 11/3/2003 | 11/18/2003 | $15,232.00 | 12/5/2003 | 7303131 | 12/9/2003 | 36 |
| 4160 | 11/21/2003 | 12/6/2003 | $48,256.00 | 12/8/2003 | 7306107 | 12/9/2003 | 18 |
| 4163 | 11/21/2003 | 12/6/2003 | $7,616.00 | 12/5/2003 | 7303126 | 12/9/2003 | 18 |
| 4165 | 11/25/2003 | 12/10/2003 | $15,360.00 | 12/10/2003 | 7308501 | 12/17/2003 | 22 |
| 4169 | 11/29/2003 | 12/14/2003 | $47,840.00 | 12/15/2003 | 7318252 | 12/17/2003 | 18 |

4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4151 | 11/11/2003 | 11/26/2003 | $14,912.00 | 12/12/2003 | 7313372 | 12/22/2003 | 41 |
| 4158 | 11/17/2003 | 12/2/2003 | $15,232.00 | 12/19/2003 | 7327478 | 12/22/2003 | 35 |
| 4155 | 11/11/2003 | 11/26/2003 | $11,232.00 | 12/23/2003 | 7335344 | 1/2/2004 | 52 |
| 4167 | 11/26/2003 | 12/11/2003 | $23,040.00 | 12/11/2003 | 7310240 | 1/2/2004 | 37 |
| 4192 | 12/17/2003 | 1/1/2004 | $47,840.00 | 12/30/2003 | 7346152 | 1/2/2004 | 16 |
| 4191 | 12/18/2003 | 1/2/2004 | $48,256.00 | 12/30/2003 | 7346186 | 1/2/2004 | 15 |
| 4162 | 11/21/2003 | 12/6/2003 | $18,720.00 | 12/23/2003 | 7334382 | 1/8/2004 | 48 |
| 4166 | 11/26/2003 | 12/11/2003 | $14,912.00 | 12/29/2003 | 7339200 | 1/8/2004 | 43 |
| 4171 | 12/5/2003 | 12/20/2003 | $15,232.00 | 1/6/2004 | 7354167 | 1/9/2004 | 35 |
| 4172 | 12/5/2003 | 12/20/2003 | $19,040.00 | 12/19/2003 | 7324847 | 1/9/2004 | 35 |
| 4173 | 12/5/2003 | 12/20/2003 | $22,272.00 | 1/6/2004 | 7354166 | 1/9/2004 | 35 |
| 4186 | 12/18/2003 | 1/2/2004 | $7,616.00 | 12/31/2003 | 7348358 | 1/9/2004 | 22 |
| 4189 | 12/18/2003 | 1/2/2004 | $18,720.00 | 1/19/2004 | 7376013 | 1/9/2004 | 22 |
| 4196 | 12/23/2003 | 1/7/2004 | $18,880.00 | 1/7/2004 | 7355443 | 1/9/2004 | 17 |
| 4177 | 12/8/2003 | 12/23/2003 | $29,696.00 | 1/9/2004 | 7360388 | 1/15/2004 | 38 |
| 4179 | 12/16/2003 | 12/31/2003 | $23,040.00 | 12/30/2003 | 7342515 | 1/19/2004 | 34 |
| 4170 | 12/11/2003 | 12/26/2003 | $23,040.00 | 1/12/2004 | 7363306 | 1/20/2004 | 40 |
| 4180 | 12/16/2003 | 12/31/2003 | $15,232.00 | 1/16/2004 | 7373800 | 1/20/2004 | 35 |
| 4198 | 12/29/2003 | 1/13/2004 | $15,360.00 | 1/13/2004 | 7364541 | 1/20/2004 | 22 |
| 4183 | 12/10/2003 | 12/25/2003 | $11,232.00 | 1/21/2004 | 7380816 | 1/23/2004 | 44 |
| 4205 | 1/13/2004 | 1/28/2004 | $46,384.00 | 1/28/2004 | 7393087 | 1/30/2004 | 17 |
| 4185 | 12/22/2003 | 1/6/2004 | $14,912.00 | 1/23/2004 | 7384254 | 2/4/2004 | 44 |
| 4193 | 12/22/2003 | 1/6/2004 | $11,232.00 | 2/2/2004 | 7401353 | 2/4/2004 | 44 |
| 4197 | 1/5/2004 | 1/20/2004 | $22,272.00 | 2/6/2004 | 7410139 | 2/11/2004 | 37 |
| 4207 | 1/5/2004 | 1/20/2004 | $14,784.00 | 2/6/2004 | 7410146 | 2/11/2004 | 37 |
| 4208 | 1/8/2004 | 1/23/2004 | $22,656.00 | 1/29/2004 | 7393477 | 2/11/2004 | 34 |
| 4214 | 1/20/2004 | 2/4/2004 | $14,592.00 | 2/4/2004 | 7403939 | 2/11/2004 | 22 |
| 4221 | 1/21/2004 | 2/5/2004 | $47,424.00 | 2/2/2004 | 7406816 | 2/11/2004 | 21 |
| 4212 | 1/16/2004 | 1/31/2004 | $10,944.00 | 2/17/2004 | 7428480 | 2/18/2004 | 33 |
| 4212 | 1/16/2004 | 1/31/2004 | $18.240.00 | | | 2/18/2004 | 33 |
| 4232 | 1/30/2004 | 2/14/2004 | $46,384.00 | 2/3/2004 | 7422891 | 2/18/2004 | 19 |
| 4202 | 1/12/2004 | 1/27/2004 | $11,040.00 | 2/23/2004 | 7438477 | 2/24/2004 | 43 |
| 4213 | 1/16/2004 | 1/31/2004 | $7,328.00 | | | 2/24/2004 | 39 |
| 4213 | 1/16/2004 | 1/31/2004 | $18,320.00 | 2/17/2004 | 7427851 | 2/24/2004 | 39 |
| 4229 | 1/28/2004 | 2/12/2004 | $14,656.00 | 2/17/2004 | 7427613 | 2/24/2004 | 27 |
| 4216 | 1/20/2004 | 2/4/2004 | $14,592.00 | 2/20/2004 | 7433132 | 2/26/2004 | 37 |
| 4238 | 2/10/2004 | 2/25/2004 | $18,000.00 | 2/25/2004 | 7443736 | 2/26/2004 | 16 |
| 4245 | 2/17/2004 | 3/3/2004 | $47,424.00 | 3/3/2004 | 7456097 | 3/5/2004 | 17 |
| 4237 | 2/10/2004 | 2/25/2004 | $22,656.00 | 2/26/2004 | 7444183 | 3/8/2004 | 27 |
| 4234 | 2/2/2004 | 2/17/2004 | $14,784.00 | 3/5/2004 | 7461807 | 3/10/2004 | 37 |
| 4223 | 1/29/2004 | 2/13/2004 | $18,320.00 | 3/1/2004 | 7451389 | 3/11/2004 | 42 |
| 4224 | 1/29/2004 | 2/13/2004 | $11,040.00 | 3/11/2004 | 7471230 | 3/12/2004 | 43 |
| 4256 | 3/1/2004 | 3/16/2004 | $21,888.00 | 3/10/2004 | 7468930 | 3/12/2004 | 11 |
| 4239 | 2/9/2004 | 2/24/2004 | $21,888.00 | 3/12/2004 | 7474355 | 3/15/2004 | 35 |

5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4226 | 2/2/2004 | 2/17/2004 | $22,656.00 | 3/5/2004 | 7461505 | 3/16/2004 | 43 |
| 4250 | 2/12/2004 | 2/27/2004 | $14,784.00 | 3/15/2004 | 7477369 | 3/16/2004 | 33 |
| 4242 | 2/17/2004 | 3/3/2004 | $15,360.00 | 3/8/2004 | 7462767 | 3/16/2004 | 28 |
| 4248 | 2/12/2004 | 2/27/2004 | $18,320.00 | 3/15/2004 | 7476750 | 3/23/2004 | 40 |
| 4244 | 2/18/2004 | 3/4/2004 | $29,184.00 | 3/22/2004 | 7489665 | 3/25/2004 | 36 |
| 4255 | 3/1/2004 | 3/16/2004 | $14,656.00 | 3/16/2004 | 7478836 | 3/25/2004 | 24 |
| 4261 | 3/5/2004 | 3/20/2004 | $46,384.00 | 3/22/2004 | 7489766 | 3/25/2004 | 20 |
| 4249 | 2/12/2004 | 2/27/2004 | $11,040.00 | 3/25/2004 | 7495060 | 3/29/2004 | 46 |
| 4241 | 2/20/2004 | 3/6/2004 | $46,384.00 | 3/25/2004 | 7495092 | 3/29/2004 | 38 |
| 4251 | 2/17/2004 | 3/3/2004 | $18,320.00 | 3/19/2004 | 74849228 | 3/31/2004 | 43 |
| 4246 | 2/19/2004 | 3/5/2004 | $14,592.00 | 3/22/2004 | 7487889 | 3/31/2004 | 41 |
| 4266 | 3/15/2004 | 3/30/2004 | $47,424.00 | 3/30/2004 | 7505116 | 3/31/2004 | 16 |
| 4254 | 3/2/2004 | 3/17/2004 | $18,240.00 | 3/18/2004 | 7481511 | 4/6/2004 | 35 |
| 4262 | 3/9/2004 | 3/24/2004 | $22,656.00 | 3/24/2004 | 7492434 | 4/6/2004 | 28 |
| 4253 | 2/25/2004 | 3/11/2004 | $14,720.00 | 4/7/2004 | 7519043 | 4/12/2004 | 47 |
| 4273 | 3/31/2004 | 4/15/2004 | $46,384.00 | 4/15/2004 | 7532904 | 4/20/2004 | 20 |
| 4267 | 3/16/2004 | 3/31/2004 | $14,784.00 | 4/16/2004 | 7536408 | 4/22/2004 | 37 |
| 4280 | 3/30/2004 | 4/14/2004 | $22,656.00 | 4/15/2004 | 7531444 | 4/28/2004 | 29 |
| 4285 | 4/6/2004 | 4/21/2004 | $37,024.00 | 4/22/2004 | 7545375 | 4/28/2004 | 22 |
| 4269 | 3/18/2004 | 4/2/2004 | $14,720.00 | 4/29/2004 | 7558137 | 5/4/2004 | 47 |
| 4275 | 3/26/2004 | 4/10/2004 | $21,888.00 | 4/27/2004 | 7554740 | 5/4/2004 | 39 |
| 4282 | 3/29/2004 | 4/13/2004 | $29,184.00 | 4/30/3004 | 7561421 | 5/4/2004 | 36 |
| 4274 | 4/7/2004 | 4/22/2004 | $15,360.00 | 4/22/2004 | 7544070 | 5/4/2004 | 27 |
| 4286 | 4/12/2004 | 4/27/2004 | $7,360.00 | 4/29/2004 | 7558089 | 5/4/2004 | 22 |
| 4287 | 4/13/2004 | 4/28/2004 | $18,000.00 | 4/28/2004 | 7556061 | 5/4/2004 | 21 |
| 4270 | 3/24/2004 | 4/8/2004 | $22,656.00 | 4/26/2004 | 7551213 | 5/6/2004 | 43 |
| 4289 | 4/19/2004 | 5/4/2004 | $37,024.00 | 5/4/2004 | 7567387 | 5/6/2004 | 17 |
| 4283 | 3/30/2004 | 4/14/2004 | $14,592.00 | 4/30/2004 | 7559781 | 5/12/2004 | 43 |
| 4284 | 4/6/2004 | 4/21/2004 | $18,400.00 | 5/18/2004 | 7591573 | 5/21/2004 | 45 |
| 4291 | 4/30/2004 | 5/15/2004 | $37,024.00 | 5/14/2004 | 7586050 | 5/21/2004 | 21 |
| 4293 | 5/6/2004 | 5/21/2004 | $37,024.00 | 5/21/2004 | 7597817 | 5/27/2004 | 21 |
| 4298 | 5/11/2004 | 5/26/2004 | $37,024.00 | 5/26/2004 | 7606057 | 5/31/2004 | 20 |
| 4296 | 5/11/2004 | 5/26/2004 | $12,672.00 | 5/26/2004 | 7603562 | 6/16/2004 | 36 |

6

2383039.3

Exhibit B

Preference Data

| Invoice No. | Invoice Date | Ship Date | Due Date | Amount | Check Date | Check No. | Deposit Date | Days to Pay - deposit date | Days to Pay - chk date |
|---|---|---|---|---|---|---|---|---|---|
| 4303 | 5/26/2004 | 5/26/2004 | 6/10/2004 | $13,440.00 | 7/14/2004 | 1021505 | 7/21/2004 | 56 | 49 |
| 4301 | 5/26/2004 | 5/26/2004 | 6/10/2004 | $37,024.00 | 7/13/2004 | 1019988 | 7/27/2004 | 62 | 48 |
| 4304 | 6/10/2004 | 6/10/2004 | 6/25/2004 | $37,024.00 | 7/22/2004 | 1031946 | 8/5/2004 | 56 | 42 |
| 4307 | 6/11/2004 | 6/11/2004 | 6/26/2004 | $22,784.00 | 7/23/2004 | 1033129 | 8/5/2004 | 55 | 42 |
| 4316 | 7/9/2004 | 7/9/2004 | 7/24/2004 | $37,024.00 | 7/23/2004 | 1033129 | 8/5/2004 | 27 | 14 |
| 4309 | 6/22/2004 | 6/17/2004 | 7/7/2004 | $37,024.00 | 8/3/2004 | 1047505 | 8/16/2004 | 55 | 42 |
| 4320 | 7/22/2004 | 7/22/2004 | 8/6/2004 | $5,152.00 | 8/6/2004 | 1054604 | 8/17/2004 | 26 | 15 |
| 4311 | 6/30/2004 | 6/30/2004 | 7/15/2004 | $12,672.00 | 8/11/2004 | 1060185 | 8/18/2004 | 49 | 42 |
| 4315 | 7/9/2004 | 7/9/2004 | 7/24/2004 | $5,152.00 | 8/11/2004 | 1060185 | 8/18/2004 | 40 | 33 |
| 4314 | 7/7/2004 | 7/7/2004 | 7/22/2004 | $37,024.00 | 8/18/2004 | 1069508 | 8/24/2004 | 48 | 42 |
| 4321 | 7/26/2004 | 7/26/2004 | 8/10/2004 | $37,024.00 | 8/12/2004 | 1062327 | 8/25/2004 | 30 | 17 |
| 4323 | 7/30/2004 | 7/30/2004 | 8/14/2004 | $17,584.00 | 8/17/2004 | 1067287 | 8/25/2004 | 26 | 18 |
| 4322 | 8/5/2004 | 8/5/2004 | 8/20/2004 | $11,392.00 | 8/20/2004 | 1073675 | 8/30/2004 | 25 | 15 |
| 4317 | 7/14/2004 | 7/14/2004 | 7/29/2004 | $37,024.00 | 8/25/2004 | 1079752 | 9/7/2004 | 55 | 42 |
| 4328 | 8/12/2004 | 8/12/2004 | 8/27/2004 | $32,656.00 | 8/27/2004 | 1083908 | 9/7/2004 | 26 | 15 |
| 4327 | 8/13/2004 | 8/13/2004 | 8/28/2004 | $32,240.00 | 8/31/2004 | 1088506 | 9/7/2004 | 25 | 18 |

2383039.3