7jgmthhd (1/12)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| ***In Re:*** Interstate Bakeries Corporation (ALL FUTURE FILING SHALL BE IN 04–45816) <br> ***Debtor*** | ***Bankruptcy Case No.*** <br> 04–45814–can11 |
| **US Bank National Association in its capacity as Trustee for the IBC Creditors Trust** <br>     Plaintiff(s) | ***Adversary Case No.*** <br> 09–04205–can |

v.

**Petro Commerical Services, Inc.**
**RND Enterprises, LLC**
**Premium Food Sales, Inc.**
**Prime Industrial Recruiters, Inc.**
**Public Service Electric and Gas Company**
    Defendant(s)

## JUDGMENT

    This proceeding having come on for trial or hearing before the court, the Honorable Cynthia A. Norton , United States Bankruptcy Judge, presiding, and the issues having been duly tried or heard and a decision having been rendered.

***IT IS ORDERED AND ADJUDGED***: judgment is entered against Premium in the amount of $234,880.

    The foregoing Memorandum Opinion constitutes Findings of Fact and Conclusions of Law as required by Rule 7052, Rules of Bankruptcy.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
     Deputy Clerk

Date of issuance: 6/17/13

Court to serve